# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00060-CV

**Uvalde County Appraisal District, Appellant**

**v.**

**Albert M. Walker, Jr. d/b/a The Law Firm of Albert M. Walker, Jr.; and William A. Kessler, Jr. d/b/a The Law Firm of Kessler & Kessler, Appellees**

### FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-17-000702, THE HONORABLE JAN SOIFER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Uvalde County Appraisal District has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Gisela D. Triana, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed on Appellant's Motion

Filed: March 15, 2019